UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE A. HARVEY, | |
| Petitioner, | NO:  12-CV-385-RMP |
| v. | ORDER DISMISSING PETITION |
| JOHN DOE, | |
| Respondent. | |

By Order filed August 13, 2012, the Court advised Petitioner of the deficiencies of his *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254, and directed him to amend within sixty (60) days.   Petitioner, a prisoner at the Monroe Correctional Complex, Intensive Management Unit, is proceeding *in forma pauperis;* Respondent has not been served.

Specifically, the Court noted that Petitioner failed to name his present custodian as Respondent.  *See* Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; *Stanley v. California Supreme Court,* 21 F.3d

ORDER DISMISSING PETITION -- 1

359, 360 (9th Cir. 1994). Therefore, this Court lacks personal jurisdiction over his Petition. *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Although granted the opportunity to do so, Petitioner did not amend his petition to cure this deficiency or the other deficiencies set forth in the previous Order.  Therefore, **IT IS ORDERED** the Petition is **DISMISSED** for lack of personal jurisdiction.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Petitioner at his last known address and close the file. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this 5th day of November 2012.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING PETITION -- 2